IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

REBECCA FOX, as Guardian Ad   )
Litem for R.S., a minor child )
and individually,             )
                              )
            Plaintiff,        )
    v.                        )
                              )
CHAPEL HILL-CARRBORO CITY     )    1:22-cv-952
SCHOOLS BOARD OF EDUCATION    )
NORTH CAROLINA, MISTI         )
WILLIAMS, EMILY BIVINS,       )
SUZETH GONZALEZ, and          )
QUAMESHA WHITTED-MILLER,      )
each in their individual      )
and official capacity,        )
                              )
            Defendants.       )

**<u>ORDER</u>**

This matter comes before the court on Defendants' Motion for an Order Allowing Limited Relief from the Joint Protective Order [DE 30]. (Doc. 135.) Defendants move the court to allow Defense counsel to disclose certain materials identified as confidential under the parties' Consent Protective Order, (Doc. 30), to the expert identified by Defendants in the case captioned <u>A.P. as Guardian Ad Litem for Minor E.P. v. Chapel Hill-Carrboro City Schools Bd. of Educ., et al.</u>, Civil Action No. 1:24-cv-00095-LCB-JEP (M.D.N.C.)("E.P. Action"), and for use in the E.P. action. Having considered the motion, with the consent of Plaintiff and for good cause shown,

**IT IS THEREFORE ORDERED** that Defendants' Motion for an Order Allowing Limited Relief from the Joint Protective Order [DE 30], (Doc. 135), is **GRANTED,** and Defendants are allowed to disclose certain confidential materials as follows:

1. Defense counsel has permission to disclose information or documentation designated confidential in this action to Defendants' expert in the E.P. Action;

2. Defense counsel and Defendants' expert in the E.P. Action has permission to use any materials designated confidential pursuant to the Consent Protective Order, (Doc. 30), to use in any deposition of that expert, report, affidavit, or other testimony to the extent the information or documentation is otherwise admissible.

**IT IS FURTHER ORDERED** that any person, party, or counsel for any party in the E.P. Action to whom materials designated confidential pursuant to the Consent Protective Order, (Doc. 30), are disclosed shall also be deemed subject to the terms of the Consent Protective Order, (Doc. 30), in this action.

This the 31st day of October, 2024.

/s/ William L. Osteen, Jr.
United States District Judge

- 2 -

Case 1:22-cv-00952-WO-JEP    Document 136    Filed 10/31/24    Page 2 of 2