IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| REBECCA FOX, as Guardian ad Litem for R.S., a minor child and individually, ) ) ) ) Plaintiff, ) ) v. ) ) CHAPEL HILL-CARRBORO CITY ) SCHOOLS BOARD OF EDUCATION; ) MISTI WILLIAMS, in her ) individual and official ) capacity; EMILY BIVINS, in her ) individual and official ) capacity; SUZETH GONZALEZ, in ) her individual and official ) capacity; and QUAMESHA WHITTED- ) MILLER, in her individual and ) official capacity, ) ) Defendants. ) | 1:22-cv-952 |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' Title IX claim and § 1983 claims are **DISMISSED**. The remaining state law claims are **DISMISSED WITHOUT PREJUDICE.**

This the 31st day of March, 2025.

_____
United States District Judge