**EXHIBIT 3**

   Rebecca Fox <█████████████>

# Viewpoints Column

**Rebecca Fox** <████████████████████>     Fri, Apr 4, 2025 at 2:56 PM
To: "viewpoints@wchl.com" <viewpoints@wchl.com>
Cc: Brighton McConnell <████████████>, Aubrey Williams <████████████>

Yes, please proceed.

On Fri, Apr 4, 2025 at 1:56 PM viewpoints@wchl.com <viewpoints@wchl.com> wrote:

> Good afternoon,
>
> I'd be happy to assist in updating your previously published piece. An out-and-out retroactive replacement of the former column would go against established Chapelboro policy, but we can place a notice and link at the very top of the piece stating "The following column, submitted in September of 2024, has been requested to be retracted and updated by the author. The new version, published April 2025, can be found here."
>
> Let me know if you'd like to move forward with this, and thanks for reaching out.
>
> Regards,
>
> 
>
> **Victor Lewis**
>
> *Digital Content Editor & Show Host*
>
> Chapel Hill Media Group
> 97.9 The Hill WCHL & **Chapelboro.com**
>
> ---
>
> **From:** Rebecca Fox <████████████████>
> **Sent:** Wednesday, April 2, 2025 11:33 AM
> **To:** viewpoints@wchl.com
> **Cc:** Aubrey Williams <████████████>
> **Subject:** Re: Viewpoints Column
>
> Good morning,
>
> I'd like to retract my column from September 2024 and replace it with this revised version. Can you please assist me?
>
> Thanks,