GAHAGAN PARADIS

Stacey M. Gahagan
sgahagan@ncgplaw.com

# EXHIBIT 5

December 20, 2019

***VIA ELECTRONIC MAIL AND U.S. MAIL***

Ms. Emily Bivins
Principal
Frank Porter Graham Elementary School
101 Smith Level Road
Chapel Hill, NC 27516

**Re:** █████████████████████

Dear Ms. Bivins,

My firm has been contacted regarding representation of Ruth and her family. Please accept the attached records request, which I am sending to you both electronically and via U.S. mail. Please send the requested records directly to my office to my attention.

Please do not hesitate to call me if you have any questions regarding this request.

Respectfully,

*Stacey M. Gahagan*
Stacey M. Gahagan

Enclosure

Gahagan Paradis, PLLC ■ 3326 Durham-Chapel Hill Blvd. Suite 210-C ■ Durham, NC 27707 ■ 919.942.1430
www.ncgplaw.com