UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:22-CV-952-WO-JEP

| | |
|---|---|
| REBECCA FOX, AS GUARDIAN AD LITEM FOR R.S., A MINOR CHILD AND INDIVIDUALLY<br><br>*Plaintiffs*,<br><br>v.<br><br>CHAPEL HILL-CARRBORO CITY SCHOOLS BOARD OF EDUCATION NORTH CAROLINA; MISTI WILLIAMS, in her individual and official capacity; EMILY BIVINS, in her individual and official capacity; SUZETH GONZALEZ, in her individual and official capacity; AND QUAMESHA WHITTED-MILLER, in her individual and official capacity.<br><br>*Defendants.* | **PLAINTIFFS' NOTICE OF REDACTIONS TO TRANSCRIPT ON MOTION HEARING**<br><br>Electronically Filed |

**NOW COMES**, Plaintiffs, hereinafter referred to as ("R.S.") by and through their counsel of record, Shayla C. Richberg, and respectfully submits this request for redaction of minor children's names from the transcript of the Motion Hearing held on November 5, 2024, and in support thereof shows the Court as follows:

1. A Motion Hearing was held before the Honorable William L. Osteen, Jr. on November 5, 2024, and was transcribed by Joseph B. Armstrong, FOCR, United States Court Reporter.

2. The transcript contains multiple references to minor children by name, which should be redacted to protect their identities pursuant to Federal Rule of Civil Procedure 5.2(a) and the protective order entered in this case.

3. Plaintiff has identified twenty-nine (29) instances where the minor child R.S. is referred to by her full name or first name rather than by initials.

4. The unredacted references to minor children should be replaced with initials to comply with privacy requirements and the protective order in this case. (Exhibit A)

This the 8th day of August 2025.

**RICHBERG LAW**

/s/ Shayla C. Richberg
Shayla C. Richberg, Atty for Plaintiff
3326 Durham-Chapel Hill Blvd. B-120A
Durham, NC 27707
Phone: (919) 403.2444
Fax: (919) 869.1440
DefendMe@RichbergLaw.com
State Bar No. 44743

2

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:


Rodney E. Pettey, Bar No.: 17715
Alayna M. Poole, Bar No.: 57880
*Attorneys for Defendant*
Pettey & Partrick, L.L.C.
4800 Falls of Neuse Road, Suite 160
Raleigh, North Carolina 27609
Tel: (919) 719-6019/(919) 719-6050
Facsimile: (919) 835-0910
Email: rpettey@rpsplaw.com
apoole@rpsplaw.com


This the 8th day of August 2025.

                                                  /s/ Shayla C. Richberg
                                                  Richberg Law
                                                  3326 Durham-Chapel Hill Blvd. B-120A
                                                  Durham, NC 27707
                                                  Phone: (919) 403.2444
                                                  Fax: (919) 869.1440
                                                  DefendMe@RichbergLaw.com
                                                  State Bar No. 44743
                                                  Attorney for Plaintiff